**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-4112 |
| STARBUCKS CORPORATION., a Washington corporation | ) Honorable Elaine E. Bucklo ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lois White and Defendant Starbucks Corporation, hereby stipulate to the dismissal of this matter with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: September 10, 2025.

| | |
|---|---|
| /s/ Angela C. Spears | /s/ Victoria Vanderschaaf |
| Angela C. Spears | Victoria Vanderschaaf |
| CASS LAW GROUP, P.C. | Littler Mendelson P.C. |
| 20015 S. LaGrange Rd #1098 | 321 N. Clark Street, Suite 1100 |
| Frankfort, IL 60423 | Chicago, IL 60654 |
| T: (872) 329-4844 | T: (312) 795-3236 |
| E: aspears@casslawgroup.com | E: vvanderschaaf@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |